**United States District Court**
**Southern District of Ohio**

**Related Case Memorandum**
**Criminal Cases**

TO:        Judge Watson, Judge Morrison and Chief Judge Marbley

FROM:      Scott Miller                    , Deputy Clerk

DATE:      10/15/19

SUBJECT:   Case Caption:   USA v. Troy Balgo

CASE:      Case Number:   2:19-cr-197

DISTRICT JUDGE:         Judge Watson

                        File Date:   9/5/19

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:   **USA v. Thomas J. Romano**

Case Number:   **2:19-cr-202**          District Judge:   **Morrison**

File Date:   **9/12/19**                Magistrate Judge:

**Related Case(s):**

Case Caption:   **USA v. Freeda Flynn**

Case Number:   **2:19-cr-208**          District Judge:   **Chief Judge Marbley**

File Date:   **9/19/19**                Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2


The District Judges having conferred, we respond to Deputy Clerk     **Scott Miller**
as follows:


**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain
with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be
transferred to the docket of Judge _____

☐    We agree that although the cases **are** related, the subject case nevertheless should
remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases
**are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____


_____
United States District Judge

_____
United States District Judge

/s/ Sarah D. Morrison

_____
United States District Judge


cc: Courtroom Deputies

*Revised 9/14/2012*