### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

United States of America,

    v.

Thomas J. Romano,

Case No. 2:19-cr-202
Judge Michael H. Watson

### ORDER

This matter is before the Court upon the Defendant's Motion for Continuance of the Trial Date. Counsel needs more time to prepare for trial.

Upon consideration of the Defendant's Motion for Continuance of the Trial Date, the Court finds that the Motion is meritorious. In reaching this conclusion, the Court makes the following findings:

1. The Court is available to try the case on **Monday, April 13, 2020** at 9:00 a.m.;

2. On November 25, 2019, the Defendant moved this Court for a continuance to have additional time to prepare for this trial.

3. Failure to grant said continuance pursuant to Title 18 U.S.C. Section 3161(h)(8)(B) will likely result in a miscarriage of justice.

4. The Defendant waives his right to a speedy trial for the period of this continuance.

5. The considerations outlined above are appropriate reasons for granting the requested continuance.

6. The interest of the public in speedy trials would not be impaired by a continuance of this case until **Monday, April 13, 2020** at 9:00 a.m., with voir dire to begin at 9:30 a.m. on that same date.

Therefore, given the Court's findings, the Motion for a Continuance is hereby **GRANTED.** The trial in this matter is hereby **CONTINUED** until **Monday, April 13, 2020 at 9:00 a.m.** Voir dire will be conducted at 9:30 a.m. on that same date. A pretrial conference will be held on **January 22, 2020 at 2:00 p.m.** A final pretrial conference will be held on **Wednesday, April 1, 2020 at 2:00 p.m.** in Courtroom 3. Any and all motions, including any motions in *limine* shall be submitted to the Court by **March 25, 2020.**

The Court requests counsel for both the Government and the Defendant to submit proposed jury instructions on the substantive law in this case by **March 25, 2020.** In addition, the Court requests counsel to submit brief issues and/or questions regarding this case for the Court to address during voir dire by **March 25, 2020.** Both the proposed jury instructions and *voir dire* issues may be submitted electronically to the Court at: *watson_chambers@ohsd.uscourts.gov.*

**IT IS SO ORDERED.**

Michael H. Watson, Judge
United States District Court