# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:19-CR-202 |
| v. | : | JUDGE WATSON |
| THOMAS ROMANO, | : | |
| Defendant. | : | |

## TOLLING OF SPEEDY TRIAL

By agreement of the Parties, the Court finds that the time for speedy trial is tolled until the new trial date in November, 2020. Specifically, time is tolled due to the ongoing COVID-19 pandemic and this Court's findings and rationale as outlined on the record during a status conference on May 13, 2020. The Court notes that the Defendant requested a continuance on December 4, 2019, which this Court granted. The Court finds that the time between December 4, 2019 and November 2, 2020 is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A).

    /s/ Michael H. Watson
HONORABLE JUDGE WATSON

Approved:

/s/ Christopher Jason
Counsel for Plaintiff


/s/ Samuel H. Shamansky
Counsel for Defendant