UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.  Case No. 2:19-cr-202

Thomas J Romano,  Judge Michael H. Watson

Defendant.

## ORDER

The Government has filed a *Daubert* motion. ECF No. 46. Defendant's response is due by 5 p.m. on Monday, February 21, 2022. The Government's reply, if any, is due by 5 p.m. on Wednesday, February 23, 2022.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT