UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:19-cr-202

Thomas J Romano,

Judge Michael H. Watson

Defendant.

## ORDER

The Government has filed an omnibus motion *in limine*. ECF No. 48. Defendant's response is due by **12 P.M. ON WEDNESDAY, FEBRUARY 23, 2022**. The Government's reply, if any, is due by **12 P.M. ON FRIDAY, FEBRUARY 25, 2022.**

IT IS SO ORDERED.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**