# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

United States of America,

                                    Case No. 2:19-cr-202

      v.

                                    Judge Michael H. Watson

Thomas J. Romano,

          Defendants.

## ORDER

Trial is **CONTINUED** to March 1, 2022, at 9:00 a.m. The final pretrial conference will remain as scheduled for February 24, 2022, at 3:00 p.m., and all other pretrial deadlines will remain unchanged.

IT IS SO ORDERED.

                               ___*/s/ Michael H. Watson*___
                               MICHAEL H. WATSON, JUDGE
                               UNITED STATES DISTRICT COURT