**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America,**

                                 **Case No. 2:19-cr-202**

      **v.**

                                  **Judge Michael H. Watson**

**Thomas J. Romano,**

            **Defendant.**

## ORDER

    Trial is **CONTINUED** until March 14, 2022 at 9:00 a.m.  The Final Pretrial

Conference, currently scheduled for February 28, 2022, is **VACATED**.  It will be

rescheduled in a separate order.

    **IT IS SO ORDERED.**

                         **___/s/ Michael H. Watson_____**
                         **MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**