UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Troy Balgo,

Defendant.

Case No. 2:19-cr-197

Judge Michael H. Watson

---

United States of America,

v.

Thomas J. Romano,

Defendant.

Case No. 2:19-cr-202

Judge Michael H. Watson

---

United States of America,

v.

Freeda Flynn,

Defendant.

Case No. 2:19-cr-208

Judge Michael H. Watson

## ORDER

In the above-captioned cases, the Government is **ORDERED** to submit a Speedy Trial calculation within **FOURTEEN** days.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT