IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION – COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff<br><br>vs.<br><br>THOMAS ROMANO,<br><br>      Defendant | Case No. 2:19-CR-202<br><br>Judge Michael H. Watson |

## UNITED STATES' SPEEDY TRIAL CALCULATION

The United States of America, by and through Christopher Jason, Trial Attorney, United States Department of Justice, hereby submits a Speedy Trial calculation in the above-captioned case pursuant to order of this Honorable Court and in accordance with 18 United States Code, Section 3161.

The United States respectfully avers that all delays in this case have been excludable pursuant to 18 U.S.C. § 3161. The defendant has moved to continue the case, and expressly waived his right to Speedy Trial under 18 U.S.C. § 3161, five times: 1) November 25, 2019 (R. 23); 2) October 23, 2020 (R. 36); 3) March 16, 2021 (R. 39); 4) July 7, 2021 (R. 42); and 5) March 10, 2022 (R. 57). Further, this Honorable Court expressly excluded all time from December 4, 2019 to November 2, 2020 due to the COVID-19 pandemic pursuant to a written order issued on May 14, 2020. The Court has also filed orders continuing the case, first from February 28, 2022 to March 1, 2022 (Docket Entry 2/22/22) and again from March 1, 2022 to March 14, 2022 (R. 55) in a manner that is excludable from Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A). Undersigned counsel presents the chart below for a summary of the timeline:

| Speedy Trial Computation – *United States v. Romano* | | | |
|---|---|---|---|
| *Date* | *Event* | *Outcome* | *Docket Entry* |
| September 24, 2019 | Date of Arrest, Initial Appearance | Trial Date Set for 12/9/2019[1] | R. 8, 9, 20 |
| November 25, 2019 | Defense Continuance Motion | Granted – Trial Date Moved to April 14, 2020 (Amended by Court to May 18, 2020) | R. 23, 24, 25, 26 |
| May 14, 2020 | Tolling of Speedy Trial Order | Court Issued Order Tolling Delay from December 4, 2019 to November 2, 2020 | R. 27 |
| June 18, 2020 | Superseding Indictment Filed | Arraignment held on July 17, 2020; Trial Date Remained Set for November 2, 2020 | R. 40, 41, 42 |
| October 23, 2020 | Defense Continuance Motion | Granted – Trial Date Moved from November 2, 2020 to April 12, 2021 | R. 36, 37 |
| March 16, 2021 | Defense Continuance Motion | Granted – Trial Date Moved from April 12, 2021 to July 26, 2021 | R. 39, 40 |
| July 7, 2021 | Defense Continuance Motion | Granted – Trial Date Moved from July 26, 2021 to February 28, 2022 | R. 42, 43, 45 |
| February 22, 2022 | Court Order Vacating Trial Date | Trial Moved from February 28, 2022 to March 1, 2022 | (Docket Entry 2/22/2022) |
| March 1, 2022 | Court Order Continuing Trial | Trial Moved from March 1, 2022 to March 14, 2022 | R. 55 |
| March 10, 2022 | Defense Continuance Motion | Granted – Trial Date Moved from March 14, 2022 to August 1, 2022 | R. 57, 58 |

For all of the reasons outlined above, the United States respectfully submits that the only delay potentially attributable to the government for purposes of Speedy Trial findings under 18 U.S.C. § 3161 is the original delay from the September 24, 2019 arrest of the defendant and the

---

[1] In an order issued October 18, 2019, the Honorable Chief Judge Algenon Marbley designated this case to be related to *United States v. Balgo*, 2:19-cr-197 and transferred the case to this Honorable Court.

defendant's first continuance motion on November 25, 2019. This accounts for approximately 62 days,[2] which is below the Speedy Trial requirement that the defendant undergo his trial within 70 days under 18 U.S.C. § 3161(c)(1).

        Respectfully submitted,

        KENNETH L. PARKER
        UNITED STATES ATTORNEY
        SOUTHERN DISTRICT OF OHIO

        LORINDA LARYEA
        ACTING CHIEF
        CRIMINAL DIVISION, FRAUD SECTION
        U.S. DEPARTMENT OF JUSTICE

        By: */s/ Christopher Jason*
        Christopher Jason
        Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        207 Grandview Drive, 4th Floor
        Fort Mitchell, Kentucky 41017
        Email:christopher.jason@usdoj.gov
        Phone: (202) 262-6438

---

[2] The United States does not concede that this timeline is wholly attributable to the government's delay, as the transfer of the case may have occasioned a delay that is excludable under 18 U.S.C. § 3161. However, this issue is not ripe because even if the delay is attributable to the government, the government still meets its Speedy Trial requirements under 18 U.S.C. § 3161.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of June, 2022, I filed the foregoing United States' Speedy Trial Calculation with the Clerk of Court, and provided an electronic copy to the defendant's counsel of record, Attorney Samuel Shamansky, Esq.

By: */s/ Christopher Jason*
Christopher Jason
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
207 Grandview Drive, 4th Floor
Fort Mitchell, Kentucky 41017
Email:christopher.jason@usdoj.gov
Phone: (202) 262-6438