UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

    **v.**

**Thomas J. Romano,**

    **Defendants.**

Case No. 2:19-cr-202

Judge Michael H. Watson

## ORDER

On July 19, 2022, Defendant moved for an extension of time to submit the proposed joint jury instructions, which were due July 18, 2022. *See* ECF Nos. 64 & 65. Defendant represented that the parties need more time to "research and prepare" the proposed instructions. ECF No. 65. The Government does not oppose the motion. *Id.* The motion is **GRANTED**; the proposed jury instructions shall be filed on the docket by **5:00 p.m. on Monday, July 25, 2022.** Counsel shall also email a courtesy copy to Watson_chambers@ohsd.uscourts.gov.

In addition, the Court *sua sponte* extends the deadline for all other pre-trial submissions which were due on July 18, 2022, that the parties also missed. *See* ECF No. 64. Those submissions are now due by **5:00 p.m. on Friday, July 22, 2022.** The parties are **CAUTIONED** that no further extensions of time will be granted absent a showing of extraordinary circumstances.

The Clerk is **DIRECTED** to terminate ECF No. 65.

**IT IS SO ORDERED.**

                                        */s/ Michael H. Watson*
                                        **MICHAEL H. WATSON, JUDGE**
                                        **UNITED STATES DISTRICT COURT**