UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

                Case No. 2:19-cr-202

v.

                Judge Michael H. Watson

Thomas J. Romano,

    Defendant.

## OPINION AND ORDER

The parties are **ORDERED** to submit a joint proposed final pretrial order, as described in the Court's Standing Orders, **by 9:00 a.m. on Thursday, July 28, 2022**.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT