# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:19 CR 00202 |
| vs. | : | JUDGE WATSON |
| THOMAS J. ROMANO, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Donald L. Regensburger and Ashton C. Gaitanos respectfully request that the Court enter their appearance as co-counsel for Defendant, Thomas J. Romano, in the above-captioned case. Samuel H. Shamansky remains as lead counsel.

Respectfully submitted,

**/s/ Donald L. Regensburger**
DONALD L. REGENSBURGER
Ohio Supreme Court No. 0086958
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Office
(614) 242-3999 – Fax
don.regensburger@gmail.com

and

**/s/ Ashton C. Gaitanos**
ASHTON C. GAITANOS
Ohio Supreme Court No. 0096812
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Office
(614) 242-3999 – Fax
agaitanoslaw@gmail.com

Co-Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorney Christopher Jason, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215 on July 29, 2022.

/s/ **Donald L. Regensburger**
DONALD L. REGENSBURGER

/s/ **Ashton C. Gaitanos**
ASHTON C. GAITANOS