**CIVIL MINUTES**
**MONDAY, AUGUST 1, 2022 - 1st Day of Trial**
**2:19CR202 USA v. THOMAS ROMANO**

PLAINTIFF'S COUNSEL: CHRISTOPHER JASON, ANDREW BARRAS
DEFENSE COUNSEL: SAM SHAMANSKY, ASHTON C. GAITANOS, DONALD REGENSBURGER
LAW CLERK: CAITLIN MILLER AND ERIN HASSETT
COURT REPORTER: LAHANA DUFOUR
COURTROOM DEPUTY: JENNIFER KACSOR

Pre-Trial matters discussed

Voir dire

Jury chosen

Jury empaneled and sworn

Opening Statements by Government - Andrew Barras

Opening Statements by Defense - Sam Shamansky

Government's witness Patricia Tittle - Andrew Barras
    Government exhibit 717, Joint exhibit 130, Joint exhibit 249-263

    Cross examination Patricia Tittle - Sam Shamansky

    Redirect examination - Andrew Barras


Court opened at 8:30 a.m.
Court adjourned at 4:15 p.m.