**CRIMINAL MINUTES**
**FRIDAY, AUGUST 12, 2022 - 10th Day of Trial**
**2:19CR202 USA v. THOMAS ROMANO**

PLAINTIFF'S COUNSEL: CHRISTOPHER JASON, ANDREW BARRAS
DEFENSE COUNSEL: SAM SHAMANSKY, ASHTON C. GAITANOS, DONALD REGENSBURGER
LAW CLERK: CAITLIN MILLER AND ERIN HASSETT
COURT REPORTER: LAHANA DUFOUR
COURTROOM DEPUTY: JENNIFER KACSOR

Closing arguments - Christopher Jason

Closing arguments - Sam Shamansky

Rebuttal argument - Christopher Jason

Jury deliberations

Jury Verdict - Not guilty as to counts 1-5, and counts 28-32; Guilty as to counts 6-27 and counts 33-34

Presentence report ordered


Court opened at 9:00 a.m.
Court adjourned at 7:35 p.m.