**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

      **v.**                           **Case No. 2:19-cr-202**

**Thomas J. Romano,**              **Judge Michael H. Watson**

          **Defendant.**

**<u>VERDICT FORMS</u>**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


  **v.**         **Case No. 2:19-cr-202**

**Thomas J. Romano,**     **Judge Michael H. Watson**

    **Defendant.**



**VERDICT FORM NO. 1: COUNT 1**

Count 1 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about June 1, 2015: Oxycodone, Oxycontin, and/or Clonazepam.

As to Count 1 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

       GUILTY   -or-   <mark>NOT GUILTY</mark>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.



<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                      (Date)

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


**v.**                                    **Case No. 2:19-cr-202**

**Thomas J. Romano,**                     **Judge Michael H. Watson**

**Defendant.**


**VERDICT FORM NO. 2: COUNT 2**

Count 2 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about August 21, 2015: Oxycontin and/or Clonazepam.

As to Count 2 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

(circle only one)


GUILTY        -or-        NOT GUILTY

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.


\* \* \*

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                     -or-                     NO


If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                     -or-                     NO


(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                            (Date)

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

|  |  |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** | |

**VERDICT FORM NO. 3: COUNT 3**

Count 3 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about January 2, 2016: Oxycodone, Oxycontin, and/or Oxymorphone.

As to Count 3 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

(circle only one)

GUILTY            -or-            NOT GUILTY

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

\* \* \*

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____       _____
(Foreperson)                          (Date)

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

|  |  |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** | |

**VERDICT FORM NO. 4: COUNT 4**

Count 4 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about July 21, 2015: Oxycodone, Oxycontin, and/or Clonazepam.

As to Count 4 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<p style="text-align:center">(circle only one)</p>

<p style="text-align:center">GUILTY          -or-          <mark>NOT GUILTY</mark></p>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<p style="text-align:center">* * *</p>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

<div align="center">(circle only one)</div>

<div align="center">YES          -or-          NO</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

<div align="center">(circle only one)</div>

<div align="center">YES          -or-          NO</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

<div align="center">(circle only one)</div>

<div align="center">YES          -or-          NO</div>

<div align="center">(Please sign on the next page.)</div>

Signed:

_____      _____
(Foreperson)                        (Date)

_____      _____


_____      _____


_____      _____


_____      _____


_____      _____


_____

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America,**

**v.**                                              **Case No. 2:19-cr-202**

**Thomas J. Romano,**                      **Judge Michael H. Watson**

**Defendant.**

**VERDICT FORM NO. 5: COUNT 5**

Count 5 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about August 17, 2015: Oxycodone and/or Oxycontin.

As to Count 5 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">GUILTY          -or-          <mark>NOT GUILTY</mark></div>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES               -or-               NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                       (Date)

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

|  |  |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** | |

**VERDICT FORM NO. 6: COUNT 6**

Count 6 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about January 19, 2015: Oxycodone, Methadone, Clonazepam, and/or Carisoprodol.

As to Count 6 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

(circle only one)

<mark>GUILTY</mark>          -or-          NOT GUILTY

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

\* \* \*

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Methadone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____     _____
(Foreperson)                                          (Date)

_____     _____


_____     _____


_____     _____


_____     _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

  **v.**         **Case No. 2:19-cr-202**

**Thomas J. Romano,**     **Judge Michael H. Watson**

   **Defendant.**

**VERDICT FORM NO. 7: COUNT 7**

Count 7 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about May 5, 2016: Oxycodone, Methadone, Clonazepam, and/or Carisoprodol.

As to Count 7 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">

**GUILTY**    -or-    NOT GUILTY

</div>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                          -or-                          NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Methadone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                          -or-                          NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                          -or-                          NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                          -or-                          NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                             (Date)

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


    **v.**                         **Case No. 2:19-cr-202**

**Thomas J. Romano,**            **Judge Michael H. Watson**

         **Defendant.**


**VERDICT FORM NO. 8: COUNT 8**

Count 8 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about March 8, 2017: Oxycodone, Methadone, Clonazepam, and/or Carisoprodol.

As to Count 8 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center"><mark>GUILTY</mark>        -or-        NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Methadone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____       _____
(Foreperson)                                            (Date)

_____       _____


_____       _____


_____       _____


_____       _____


_____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**United States of America,**

      **v.**                         **Case No. 2:19-cr-202**

**Thomas J. Romano,**           **Judge Michael H. Watson**

         **Defendant.**

## VERDICT FORM NO. 9: COUNT 9

Count 9 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about October 8, 2014: Oxycodone and/or Oxycontin.

As to Count 9 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center"><mark>GUILTY</mark>      -or-      NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____     _____
(Foreperson)                                            (Date)

_____     _____


_____     _____


_____     _____


_____     _____


_____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**United States of America,**

**v.**                                          **Case No. 2:19-cr-202**

**Thomas J. Romano,**                           **Judge Michael H. Watson**

      **Defendant.**

## VERDICT FORM NO. 10: COUNT 10

Count 10 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about January 28, 2015: Oxycodone, Oxycontin, and/or Alprazolam.

As to Count 10 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<p align="center">(circle only one)</p>

<p align="center"><mark>GUILTY</mark>      -or-      NOT GUILTY</p>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<p align="center">* * *</p>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Alprazolam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____

(Foreperson)

_____

_____

_____

_____

_____

_____

(Date)

_____

_____

_____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


     **v.**                          **Case No. 2:19-cr-202**

**Thomas J. Romano,**              **Judge Michael H. Watson**

         **Defendant.**


**VERDICT FORM NO. 11: COUNT 11**

Count 11 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about October 19, 2016: Oxycodone, Oxycontin, and/or Alprazolam.

As to Count 11 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<p style="text-align:center">(circle only one)</p>

<p style="text-align:center"><mark>GUILTY</mark>       -or-       NOT GUILTY</p>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<p style="text-align:center">* * *</p>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Alprazolam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                       (Date)

_____          _____

_____          _____

_____          _____

_____          _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

      **v.**                    **Case No. 2:19-cr-202**

**Thomas J. Romano,**          **Judge Michael H. Watson**

          **Defendant.**

**VERDICT FORM NO. 12: COUNT 12**

Count 12 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about October 12, 2015: Oxycodone and/or Oxycontin.

As to Count 12 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">GUILTY       -or-       NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____    _____
(Foreperson)    (Date)

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


     **v.**                            **Case No. 2:19-cr-202**

**Thomas J. Romano,**               **Judge Michael H. Watson**

           **Defendant.**


**VERDICT FORM NO. 13: COUNT 13**

Count 13 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about November 6, 2015: Oxycodone and/or Oxycontin.

As to Count 13 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">

==GUILTY==       -or-       NOT GUILTY

</div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                       (Date)

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


     **v.**                   **Case No. 2:19-cr-202**

**Thomas J. Romano,**           **Judge Michael H. Watson**

        **Defendant.**


**VERDICT FORM NO. 14: COUNT 14**

Count 14 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about January 2, 2016: Oxycodone and/or Oxycontin.

As to Count 14 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<p align="center">(circle only one)</p>

<p align="center">GUILTY       -or-       NOT GUILTY</p>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<p align="center">* * *</p>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycontin without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                                        (Date)

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

**v.**

**Thomas J. Romano,**

**Case No. 2:19-cr-202**

**Judge Michael H. Watson**

**Defendant.**

### VERDICT FORM NO. 15: COUNT 15

Count 15 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about January 7, 2015: Oxycodone, Oxymorphone, Oxymorphone (two separate prescriptions), Clonazepam, and/or Carisoprodol.

As to Count 15 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

(circle only one)


GUILTY            -or-        NOT GUILTY

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.


* * *

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES          -or-          NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES          -or-          NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES          -or-          NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES          -or-          NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES          -or-          NO

(Please sign on the next page.)

Signed:

_____
(Foreperson)

_____

_____

_____

_____

_____

_____
(Date)

_____

_____

_____

_____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**United States of America,**

      **v.**                            **Case No. 2:19-cr-202**

**Thomas J. Romano,**              **Judge Michael H. Watson**

          **Defendant.**


## VERDICT FORM NO. 16: COUNT 16

Count 16 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about July 18, 2016: Oxycodone, Oxymorphone, Oxymorphone (two separate prescriptions), Clonazepam, and/or Carisoprodol.

As to Count 16 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">

GUILTY         -or-        NOT GUILTY

</div>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                 -or-                 NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                 -or-                 NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                 -or-                 NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                 -or-                 NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                 -or-                 NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                          (Date)

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


      **v.**                      **Case No. 2:19-cr-202**

**Thomas J. Romano,**           **Judge Michael H. Watson**

        **Defendant.**


**VERDICT FORM NO. 17: COUNT 17**

Count 17 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about December 10, 2014: Oxycodone, Oxymorphone, Oxymorphone (two separate prescriptions), and/or Carisoprodol.

As to Count 17 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center"><mark>GUILTY</mark>       -or-       NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____     _____
(Foreperson)                        (Date)

_____     _____


_____     _____


_____     _____


_____     _____


_____     _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


**v.**                                              **Case No. 2:19-cr-202**

**Thomas J. Romano,**                    **Judge Michael H. Watson**

**Defendant.**


**VERDICT FORM NO. 18: COUNT 18**

Count 18 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about November 6, 2015: Oxycodone, Oxymorphone, and/or Oxymorphone (two separate prescriptions).

As to Count 18 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">GUILTY          -or-          NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

<mark>YES</mark>                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

<mark>YES</mark>                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

<mark>YES</mark>                    -or-                    NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                                      (Date)

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

|   |   |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** |   |

**VERDICT FORM NO. 19: COUNT 19**

Count 19 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about June 20, 2016: Oxycodone, Oxymorphone, Oxymorphone (two separate prescriptions), and/or Diazepam.

As to Count 19 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">

GUILTY          -or-          NOT GUILTY

</div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES               -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES               -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES               -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Diazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES               -or-                    NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                              (Date)

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


|  |  |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** |  |


**VERDICT FORM NO. 20: COUNT 20**

Count 20 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about January 2, 2017: Oxycodone, Oxymorphone, Oxymorphone (two separate prescriptions), and/or Diazepam.

As to Count 20 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">GUILTY          -or-          NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Diazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____        _____
(Foreperson)                                                (Date)

_____        _____


_____        _____


_____        _____


_____        _____


_____        _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

|   |   |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** |   |

**VERDICT FORM NO. 21: COUNT 21**

Count 21 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about August 30, 2017: Oxycodone, Morphine, and/or Carisoprodol.

As to Count 21 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

(circle only one)

GUILTY          -or-          NOT GUILTY

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

* * *

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                     -or-                     NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Morphine without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                     -or-                     NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                     -or-                     NO

(Please sign on the next page.)

Signed:

_____          _____

(Foreperson)                              (Date)

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

      **v.**                  **Case No. 2:19-cr-202**

**Thomas J. Romano,**          **Judge Michael H. Watson**

        **Defendant.**

**VERDICT FORM NO. 22: COUNT 22**

Count 22 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about April 16, 2018: Oxycodone and/or Morphine.

As to Count 22 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">

GUILTY       -or-       NOT GUILTY

</div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                         -or-                         NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Morphine without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                         -or-                         NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                       (Date)

_____          _____


_____          _____


_____          _____


_____          _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


     **v.**                         **Case No. 2:19-cr-202**

**Thomas J. Romano,**           **Judge Michael H. Watson**

         **Defendant.**


**VERDICT FORM NO. 23: COUNT 23**

Count 23 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about May 11, 2016: Oxycodone, Oxycodone (two separate prescriptions), and/or Clonazepam.

As to Count 23 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center"><mark>GUILTY</mark>       -or-       NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____
(Foreperson)

_____

_____

_____

_____

_____

_____
(Date)

_____

_____

_____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


      **v.**                          **Case No. 2:19-cr-202**

**Thomas J. Romano,**              **Judge Michael H. Watson**

        **Defendant.**


**VERDICT FORM NO. 24: COUNT 24**

Count 24 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about July 15, 2016: Oxycodone, Oxycodone (two separate prescriptions), and/or Carisoprodol.

As to Count 24 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center"><mark>GUILTY</mark>       -or-       NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                              (Date)

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

|  |  |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** | |

**VERDICT FORM NO. 25: COUNT 25**

Count 25 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about October 26, 2018: Oxycodone, Hydromorphone, Clonazepam, and/or Carisoprodol.

As to Count 25 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">

GUILTY          -or-          NOT GUILTY

</div>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

**YES**                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Hydromorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

**YES**                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

**YES**                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

**YES**                    -or-                    NO

(Please sign on the next page.)

Signed:

_____         _____
(Foreperson)                            (Date)

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

|   |   |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** |  |

**VERDICT FORM NO. 26: COUNT 26**

Count 26 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about February 23, 2016: Oxycodone, Oxymorphone, Clonazepam, and/or Carisoprodol.

As to Count 26 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">GUILTY          -or-          NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Carisoprodol without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____  _____
(Foreperson)            (Date)

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

**v.**                                   **Case No. 2:19-cr-202**

**Thomas J. Romano,**                    **Judge Michael H. Watson**

**Defendant.**

**VERDICT FORM NO. 27: COUNT 27**

Count 27 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about April 19, 2017: Oxycodone, Oxycodone (two separate prescriptions), and/or Oxymorphone.

As to Count 27 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">GUILTY          -or-          NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____
(Foreperson)

_____

_____

_____

_____

_____

_____
(Date)

_____

_____

_____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

|  |  |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** |  |

**VERDICT FORM NO. 28: COUNT 28**

Count 28 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about March 22, 2017: Oxycodone, Oxymorphone, and/or Diazepam.

As to Count 28 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

(circle only one)

GUILTY          -or-          NOT GUILTY

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

* * *

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                -or-                NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                -or-                NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Diazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                -or-                NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                        (Date)

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

|  |  |
|---|---|
| **v.** | **Case No. 2:19-cr-202** |
| **Thomas J. Romano,** | **Judge Michael H. Watson** |
| **Defendant.** | |

**VERDICT FORM NO. 29: COUNT 29**

Count 29 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about March 28, 2018: Oxycodone, Oxymorphone, and/or Diazepam.

As to Count 29 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">GUILTY     -or-     <mark>NOT GUILTY</mark></div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxymorphone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Diazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                      (Date)

_____          _____


_____          _____


_____          _____


_____          _____


_____          _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

      **v.**                        **Case No. 2:19-cr-202**

**Thomas J. Romano,**           **Judge Michael H. Watson**

      **Defendant.**

**VERDICT FORM NO. 30: COUNT 30**

Count 30 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about December 11, 2015: Oxycodone and/or Oxycodone (two separate prescriptions).

As to Count 30 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

           GUILTY         -or-         ==NOT GUILTY==

If you find the Defendant GUILTY, answer the questions on the next page.  If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the first prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the second prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____     _____
(Foreperson)                                         (Date)

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

       **v.**                    **Case No. 2:19-cr-202**

**Thomas J. Romano,**          **Judge Michael H. Watson**

          **Defendant.**

**VERDICT FORM NO. 31: COUNT 31**

Count 31 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing Oxycodone on or about April 29, 2016.

As to Count 31 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

(circle only one)

GUILTY         -or-        NOT GUILTY

(Please sign on the next page.)

Signed:

_____     _____
(Foreperson)                        (Date)

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

**v.**                                       **Case No. 2:19-cr-202**

**Thomas J. Romano,**                        **Judge Michael H. Watson**

**Defendant.**

**VERDICT FORM NO. 32: COUNT 32**

Count 32 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing Oxycodone on or about September 16, 2016.

As to Count 32 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

(circle only one)

GUILTY          -or-          NOT GUILTY

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                                                        (Date)

_____          _____


_____          _____


_____          _____


_____          _____


_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

       **v.**                    **Case No. 2:19-cr-202**

**Thomas J. Romano,**          **Judge Michael H. Watson**

         **Defendant.**

**VERDICT FORM NO. 33: COUNT 33**

Count 33 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing Oxycodone on or about March 10, 2017.

As to Count 33 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

(circle only one)

GUILTY        -or-        NOT GUILTY

(Please sign on the next page.)

Signed:

_____          _____
(Foreperson)                          (Date)

_____          _____

_____          _____

_____          _____

_____          _____

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**


      **v.**                        **Case No. 2:19-cr-202**

**Thomas J. Romano,**           **Judge Michael H. Watson**

         **Defendant.**


**VERDICT FORM NO. 34: COUNT 34**

Count 34 of the Superseding Indictment accuses the defendant, Thomas, J. Romano, with unlawfully dispensing or distributing the following controlled substances on or about August 30, 2019: Oxycodone, Alprazolam, and/or Clonazepam.

As to Count 34 in the Superseding Indictment, we the jury do unanimously find the defendant, Thomas J. Romano:

<div align="center">(circle only one)</div>

<div align="center">GUILTY        -or-        NOT GUILTY</div>

If you find the Defendant GUILTY, answer the questions on the next page. If you find the defendant NOT GUILTY, sign the last page of this verdict form, and then continue to the next verdict form.

<div align="center">* * *</div>

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Oxycodone without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Alprazolam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

If you found the Defendant guilty, do you find that the defendant knowingly or intentionally wrote the prescription for Clonazepam without a legitimate medical purpose outside the usual course of professional practice?

(circle only one)

YES                    -or-                    NO

(Please sign on the next page.)

Signed:

_____       _____
(Foreperson)                            (Date)

_____       _____


_____       _____


_____       _____


_____       _____


_____