# UNITED STATES DISTRICT COURT

Southern District of Ohio

UNITED STATE OF AMERICA,　　　　　　　　　　**JOINT EXHIBIT LIST**

　Plantiff.

　　　V.

THOMAS ROMANO,

　Defendant.　　　　　　　　　　　　　　　　Case Number: 2:19-cr-00202

| PRESDING JUDGE<br>Judge Michael H. Watson | | PLANTIFF'S ATTORNEY<br>Christopher Jason, Andrew Barras | DEFENDANT'S ATTORNEY<br>Samuel H. Shamansky |
|---|---|---|---|
| TRIAL DATE (S)<br>August 1 – August 12, 2022 | | COURT REPORTER<br>Lahana DuFour | COURTROOM DEPUTY<br>Jennifer Kacsor |
| | | DESCRIPTION OF EXHIBITS | |
| <div align="center">JOINT EXHIBITS FOR UNITED STATES AND DEFENDANT</div> | | | |
| 101 | | Mark Cronk SMBO Patient File | |
| 102 | | Mark Cronk SW Patient File* | |
| 103 | | Mark Cronk OARRS PDF 8-12-19 | |
| 104 | | Mark Cronk OARRS | |
| 105 | | Mark Cronk CSAAP 8-12-19 | |
| 106 | | Mark Cronk Updated CSAPP | |
| 107 | | Matthew Miller SMBO Patient File | |
| 108 | | Matthew Miller SW Patient File* | |
| 109 | | Matthew Miller OARRS 8-12-19 | |
| 110 | | Matthew Miller Updated OARRS | |
| 111 | | Terry Miller SMBO Patient File | |
| 112 | | Terry Miller SW Patient File* | |
| 113 | | Terry Miller 8-12-19 OARRS | |
| 114 | | Terry Miller 8-12-19 CSAPP | |
| 115 | | Terry Miller Updated OARRS | |
| 116 | | Terry Miller Updated CSAPP | |

*Physical Exhibit obtained from Search Warrant

| | | |
|---|---|---|
| 117 | | Donald Neilan SMBO Patient File |
| 118 | | Donald Neilan SW Patient File* |
| 119 | | Donald Neilan 8-12-19 OARRS |
| 120 | | Donald Neilan OARRS |
| 121 | | John Saker SMBO Patient File |
| 122 | | John Saker SW Patient File* |
| 123 | | John Saker 8-12-19 OARRS |
| 124 | | John Saker Updated OARRS |
| 125 | | John Tittle SMBO Patient File |
| 126 | | John Tittle SW Patient File* |
| 127 | | John Tittle 8-12-19 OARRS |
| 128 | | John Tittle Updated OARRS |
| 129 | | Patricia Tittle SMBO Patient File |
| 130 | | Patricia Tittle SW Patient File* |
| 131 | | Patricia Tittle 8-12-19 OARRS |
| 132 | | Patricia Tittle 8-12-19 CSAPP |
| 133 | | Patricia Tittle Updated OARRS |
| 134 | | Patricia Tittle CSAPP |
| 135 | | Kent Crigger SW Patient File* |
| 136 | | Kent Crigger 2-10-20 OARRS |
| 137 | | Kent Crigger 2-10-20 CSAPP |
| 138 | | Kent Crigger OARRS |
| 139 | | Kent Crigger Updated CSAPP |
| 140 | | Mark Robinson SW Patient File* |
| 141 | | Mark Robinson 2-10-20 OARRS |
| 142 | | Mark Robinson 2-10-20 CSAPP |
| 143 | | Mark Robinson Updated OARRS |
| 144 | | Mark Robinson Updated CSAPP |
| 145 | | Eric Webb SW Patient File* |

*Physical Exhibit obtained from Search Warrant

| | | |
|---|---|---|
| 146 | | Eric Webb 2-10-20 CSAPP |
| 147 | | Billy Wilson SW Patient File* |
| 148 | | Billy Wilson 2-10-20 OARRS |
| 149 | | Billy Wilson 2-10-20 CSAPP |
| 150 | | Billy Wilson Updated OARRS |
| 151 | | Billy Wilson Updated CSAPP |
| 152 | | John Palmer SW Patient File* |
| 153 | | John Palmer OARRS |
| 154 | | Arrieal Butler SW Patient File* |
| 155 | | Arrieal Butler 2-10-20 OARRS |
| 156 | | Arrieal Butler 2-10-20 CSAPP |
| 157 | | Arriel Butler Updated OARRS |
| 158 | | Arriel Butler Updated CSAPP |
| 163 | | Arrieal Butler - July 2022 – 2 Year Review |
| 164 | | Kent Crigger - July 2022 – 2 Year Review |
| 166 | | Mark Cronk- July 2022 – 2 Year Review |
| 169 | | Don Neilan - July 2022 – 2 Year Review |
| 172 | | John Saker - July 2022 – 2 Year Review |
| 173 | | John Tittle - July 2022 – 2 Year Review |
| 177 | | Mark Cronk - July 2022 – 2 Year Review |
| 180 | | Mark Robinson - July 2022 – 2 Year Review |
| 184 | | Terry Miller OARRS - July 2022 – 2 Year Review |
| 200 | | Mark Cronk 6.1.2015 Prescription - Oxycodone |
| 201 | | Mark Cronk 6.1.2015 Prescription - Oxycontin |
| 202 | | Mark Cronk 6.1.2015 Prescription - Clonazepam |
| 203 | | Mark Cronk 8.21.2015 Prescription - Oxycontin |
| 204 | | Mark Cronk 8.21.2015 Prescription - Clonazepam |
| 205 | | Mark Cronk 1.2.2016 Prescription - Oxycodone |
| 206 | | Mark Cronk 1.2.2016 Prescription - Oxycontin |

*Physical Exhibit obtained from Search Warrant

| | | |
|---|---|---|
| 207 | | Mark Cronk 1.2.2016 Prescription - Oxymorphone |
| 208 | | Matthew Miller 7.21.2015 Prescription - Oxycodone |
| 209 | | Matthew Miller 7.21.2015 Prescription – Oxycontin |
| 210 | | Matthew Miller 7.21.2015 Prescription - Clonazepam |
| 211 | | Matthew Miller 8.17.2015 Prescription - Oxycodone |
| 212 | | Matthew Miller 8.17.2015 Prescription - Oxycontin |
| 213 | | Terry Miller 1.19.2015 Prescription - Oxycodone |
| 214 | | Terry Miller 1.19.2015 Prescription - Methadone |
| 215 | | Terry Miller 1.19.2015 Prescription - Clonazepam |
| 216 | | Terry Miller 1.19.2015 Prescription - Carisoprodol |
| 217 | | Terry Miller 5.5.2016 Prescription - Oxycodone |
| 218 | | Terry Miller 5.5.2016 Prescription - Methadone |
| 219 | | Terry Miller 5.5.2016 Prescription - Clonazepam |
| 220 | | Terry Miller 5.5.2016 Prescription Carisoprodol |
| 221 | | Terry Miller 3.8.2017 Prescription - Oxycodone |
| 222 | | Terry Miller 3.8.2017 Prescription - Methadone |
| 223 | | Terry Miller 3.8.2017 Prescription - Clonazepam |
| 224 | | Terry Miller 3.8.2017 Prescription - Carisoprodol |
| 225 | | Donald Nielan 10.8.2014 Prescription - Oxycodone |
| 226 | | Donald Nielan 10.8.2014 Prescription - Oxycontin |
| 227 | | Donald Neilan 1.28.2015 Prescription - Oxycodone |
| 228 | | Donald Neilan 1.28.2015 Prescription - Oxycontin |
| 229 | | Donald Neilan 1.28.2015 Prescription - Alprazolam |
| 230 | | Donald Neilan 10.19.2016 Prescription - Oxycodone |
| 231 | | Donald Neilan 10.19.2016 Prescription - Oxycontin |
| 232 | | Donald Neilan 10.19.2016 Prescription - Alprazolam |
| 233 | | John Saker 10.12.2015 Prescription - Oxycodone |
| 234 | | John Saker 10.12.2015 Prescriptions - Oxycontin |
| 235 | | John Saker 11.6.2015 Prescription - Oxycodone |

*Physical Exhibit obtained from Search Warrant

| | | |
|---|---|---|
| 236 | | John Saker 11.6.2015 Prescription - Oxycontin |
| 237 | | John Saker 1.2.2016 Prescription - Oxycodone |
| 238 | | John Saker 1.2.2016 Prescription - Oxycontin |
| 239 | | John Tittle 1.7.2015 Prescription - Oxycodone |
| 240 | | John Tittle 1.7.2015 Prescription - Oxymorphone |
| 241 | | John Tittle 1.7.2015 Prescription - Oxymorphone |
| 242 | | John Tittle 1.7.2015 Prescription - Clonazepam |
| 243 | | John Tittle 1.7.2015 Prescription - Carisoprodol |
| 244 | | John Tittle 7.18.2016 Prescription - Oxycodone |
| 245 | | John Tittle 7.18.2016 Prescription - Oxymorphone |
| 246 | | John Tittle 7.18.2016 Prescription - Oxymorphone |
| 247 | | John Tittle 7.18.2016 Prescription - Clonazepam |
| 248 | | John Tittle 7.18.2016 Prescription - Carisoprodol |
| 249 | | Patricia Tittle 12.10.2014 Prescription – Oxycodone |
| 250 | | Patricia Tittle 12.10.2014 Prescription - Oxymorphone |
| 251 | | Patricia Tittle 12.10.2014 Prescription - Oxymorphone |
| 252 | | Patricia Tittle 12.10.2014 Prescription - Carisoprodol |
| 253 | | Patricia Tittle 11.6.2015 Prescription - Oxycodone |
| 254 | | Patricia Tittle 11.6.2015 Prescription - Oxymorphone |
| 255 | | Patricia Tittle 11.6.2015 Prescription - Oxymorphone |
| 256 | | Patricia Tittle 6.20.2016 Prescription – Oxycodone |
| 257 | | Patricia Tittle 6.20.2016 Prescription - Oxymorphone |
| 258 | | Patricia Tittle 6.20.2016 Prescription - Oxymorphone |
| 259 | | Patricia Tittle 6.20.2016 Prescription - Diazepam |
| 260 | | Patricia Tittle 1.2.2017 Prescription - Oxycodone |
| 261 | | Patricia Tittle 1.2.2017 Prescription - Oxymorphone |
| 262 | | Patricia Tittle 1.2.2017 Prescription - Oxymorphone |
| 263 | | Patricia Tittle 1.2.2017 Prescription - Diazepam |
| 264 | | Kent Crigger 8.30.2017 Prescription - Oxycodone |

*Physical Exhibit obtained from Search Warrant

| | | |
|---|---|---|
| 265 | | Kent Crigger 8.30.2017 Prescription - Morphine |
| 266 | | Kent Crigger 8.30.2017 Prescription - Carisoprodol |
| 267 | | Kent Crigger 4.16.2018 Prescription - Oxycodone |
| 268 | | Kent Crigger 4.16.2018 Prescription - Morphine |
| 269 | | Mark Robinson 5.11.2016 Prescription - Oxycodone |
| 270 | | Mark Robinson 5.11.2016 Prescription - Oxycodone |
| 271 | | Mark Robinson 5.11.2016 Prescription - Clonazepam |
| 272 | | Mark Robinson 7.15.2016 Prescription - Oxycodone |
| 273 | | Mark Robinson 7.15.2016 Prescription - Oxycodone |
| 274 | | Mark Robinson 7.15.2016 Prescription - Carisoprodol |
| 275 | | Mark Robinson 10.26.2018 Prescription - Oxycodone |
| 276 | | Mark Robinson 10.26.2018 Prescription - Hydromorphone |
| 277 | | Mark Robinson 10.26.2018 Prescription - Clonazepam |
| 278 | | Mark Robinson 10.26.2018 Prescription - Carisoprodol |
| 279 | | Eric Webb 2.23.2016 Prescription - Oxycodone |
| 280 | | Eric Webb 2.23.2016 Prescription - Oxymorphone |
| 281 | | Eric Webb 2.23.2016 Prescription - Clonazepam |
| 282 | | Eric Webb 2.23.2016 Prescription - Carisoprodol |
| 283 | | Eric Webb 4.19.2017 Prescription - Oxycodone |
| 285 | | Eric Webb 4.19.2017 Prescription - Oxymorphone |
| 286 | | Billy Wilson 3.22.2017 Prescription - Oxycodone |
| 287 | | Billy Wilson 3.22.2017 Prescription - Oxymorphone |
| 288 | | Billy Wilson 3.22.2017 Prescription - Diazepam |
| 289 | | Billy Wilson 3.28.2018 Prescription - Oxycodone |
| 290 | | Billy Wilson 3.28.2018 Prescription - Oxymorphone |
| 291 | | Billy Wilson 3.28.2018 Prescription - Diazepam |
| 292 | | John Palmer 12.11.2015 Prescription - Oxycodone |
| 293 | | John Palmer 12.11.2015 Prescription - Oxycodone |
| 294 | | John Palmer 4.29.2016 Prescription - Oxycodone |

*Physical Exhibit obtained from Search Warrant

| | | |
|---|---|---|
| 295 | | John Palmer 9.16.2016 Prescription - Oxycodone |
| 296 | | Arrieal Butler 3.10.2017 Prescription - Oxycodone |
| 297 | | Arrieal Butler 8.30.2019 Prescription - Oxycodone |
| 298 | | Arrieal Butler 8.30.2019 Prescription - Alprazolam |
| 299 | | Arrieal Butler 8.30.2019 Prescription - Clonazepam |
| 301 | | Romano OARRS 6-5-2015 to 11-21-2018 |
| 302 | | Romano OARRS 11-23-2018 to 5-28-2019 |
| 303 | | Romano CSAPP 7-25-2014 to 12-11-2018 |
| 304 | | Romano CSAPP 8-12-2018 to 5-29-2019 |
| 305 | | Romano INSPECT 1-1-2017 to 5-31-2019 |
| 306 | | Romano PA PDMP 1-1-15 to 7-1-19 |
| 315 | | Romano Analytics - Reviewed Patient Short Summary |
| 321 | | Romano Analytics MME Bands Reviewed Patients |
| 323 | | Romano Patricia Tittle Combo & MME Graph 12.2015 to 3.2016 |
| 324 | | Romano Patricia Tittle Combo & MME Graph 42016 to 62016 |
| 328 | | Romano Reviewed High MME and Drug Combos |
| 401 | | Dr. Munzing Expert Report - Updated Report # 1 |
| 402 | | Dr. Munzing Expert Report - Report # 2 |
| 403 | | Dr. Munzing Expert Report - Report # 3 |
| 501 | | CDC Guideline for Prescribing Opioids for Chronic Pain - United States, 2016 |
| 502 | | FDA Drug Safety Communication - Opioids and Benzodiazepines |
| | | **UNITED STATES EXHIBITS** |
| 162 | | Patricia Tittle Subsequent Doctor Patient File (Dr. Le) |
| 329 | | FBI Geospatial Analysis of Dr. Thomas Romano to Pertinent Patient, Pain Clinic, and NPPES Location |
| 503 | | Schedule 1 - 5 DEA |
| 504 | | Medical Diagnostic Process Graphic |
| 713 | | Dr. Belcik SOBP Complaint |
| 717 | | Romano Clinic Photo |
| 901 | | Dr. Murphy Report |
| 902 | | Dr. Murphy Affidavit |

*Physical Exhibit obtained from Search Warrant

| | | | |
|---|---|---|---|
| 904 | | | Dr. Murphy New Patient Intake Packet |
| 905 | | | Five Step Initial Approach |
| 907 | | | January 2016 Twitter CDC Article |
| 908 | | | Ghost Who Stole Pain Care 2013 |
| 909 | | | Ghost Who Stole Pain Care 2019 |
| 911 | | | Compliance Letter to Editor |
| 916 | | | Romano, Thomas - James Patrick Murphy Checks |
| 917 | | | Standards and Procedures for the Operation of a Pain Management Clinic |
| | | | <u>DEFENSE EXHIBITS</u> |
| A | | | Dr. Munzing Expert Report |
| B | | | Dr. Munzing Invoice |

*Physical Exhibit obtained from Search Warrant