# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 17, 2023

Ms. Alexis Gregorian
U.S. Department of Justice
Criminal Division
1400 New York Avenue, N.W.
Washington, DC 20005

Mr. Samuel Harry Shamansky
Law Office of Samuel H. Shamansky
523 S. Third Street
Columbus, OH 43215

Re: Case No. 23-3323, *USA v. Thomas Romano*
Originating Case No. : 2:19-cr-00202-1

Dear Counsel,

This appeal has been docketed as case number **23-3323** with the caption that is enclosed on a separate page.

Even if the defendant filed the notice of appeal, Sixth Circuit Rule 12(c)(1) requires that counsel continue representation on appeal until specifically relieved by this Court. If a convicted defendant did not qualify to proceed in forma pauperis in the district court but appears to qualify on appeal, Sixth Circuit Rule 24 requires that "trial counsel must see that the defendant completes CJA Form 23 (for an incarcerated defendant) or Fed. R. App. P. Form 4 (for a defendant not incarcerated) and files it in the district court." Counsel's failure to act in this situation may result in adverse action from this court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **May 1, 2023**. Additionally, the transcript order must be

completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

        Appellant:   Appearance of Counsel
                           Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:    Appearance of Counsel
                           Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If the filing fee for the appeal is due because the appellant is not indigent, it must be paid to the District Court by **May 1, 2023**. These deadlines are important -- if the initial forms are not timely filed or the filing fee is due but not paid, the appeal will be dismissed for want of prosecution.

If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                      Sincerely yours,

                                      s/Sharday S. Swain
                                      Case Manager
                                      Direct Dial No. 513-564-7027


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 23-3323

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

THOMAS J. ROMANO

      Defendant - Appellee