UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

    v.                            Case No. 2:19-cr-202

Thomas Romano,              Judge Michael H. Watson
    Defendant.

## ORDER

Thomas Romano's ("Defendant") motion for extension of time to self-surrender, ECF No. 215, is **GRANTED**. Defendant shall report to the institution designated by the Bureau of Prisons no later than noon on June 2, 2025. Defendant shall maintain contact with the Bureau of Prisons to ensure that the institution to which he was previously designated to serve his sentence, Hazelton Satellite Camp, does not change in the interim.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT