IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:19-CR-202 |
| v. | : | Judge Michael H. Watson |
| THOMAS ROMANO, | : | |
| Defendant. | : | |

### DEFENDANT'S THIRD MOTION FOR MODIFICATION OF REPORT DATE

Now comes Defendant, Thomas Romano, through undersigned counsel, and respectfully moves the Court for an Order modifying his report date to self-surrender. The reasons in support of this Motion are set forth in the following Memorandum.

Respectfully Submitted,

**/s/ Samuel H. Shamansky**
**SAMUEL H. SHAMANSKY CO., L.P.A.**

Samuel H. Shamansky (0030772)
523 South Third Street
Columbus, Ohio 43215
P: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

**MEMORANDUM**

At the conclusion of Defendant's sentencing hearing, the Court indicated that he would be permitted to remain out of government custody during the pendency of his appeal. Thereafter, given the appeal's lengthy briefing schedule, the Court extended his report date to June 2, 2025, and later to October 3, 2025. (Doc. 217 & 219). Though the Sixth Circuit Court of Appeals has since affirmed Defendant's convictions, (Doc. 222), it is his intention to pursue his appeal to the Supreme Court of the United States. In anticipation of that effort, Defendant is in the process of obtaining additional legal counsel who practices with more regularity in that Court. Naturally, Defendant's efforts to obtain additional counsel and to effectuate an appeal to the Supreme Court would be greatly alleviated if he were permitted to participate outside a custodial environment. Counsel for Defendant has discussed these circumstances with Counsel for the United States. Though the government did not oppose extensions of Defendant's report date while the case was pending before the Sixth Circuit, it is opposed to any further extensions.

While Defendant appreciates that his circumstances have altered given the Sixth Circuit's decision, he nevertheless contends that his case presents important appellate issues involving interpretation of Supreme Court precedent that merit additional review. Moreover, Defendant submits that he has fully complied with all supervisory conditions which have been placed upon him. He presents no risk of flight or danger to the community and, as such, an additional extension of time to engage in his aforementioned appellate efforts outside government custody is in the interests of justice. Accordingly, Defendant respectfully moves the Court for an Order further extending the deadline to self-report during the pendency of his appeal to the Supreme Court of the United States.

Respectfully Submitted,

**/s/ Samuel H. Shamansky**
**SAMUEL H. SHAMANSKY CO., L.P.A.**

Samuel H. Shamansky (0030772)
523 South Third Street
Columbus, Ohio 43215
P: (614) 242-3939
F: (614) 242-3999
shamanskyco@gmail.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Devon Morel Helfmeyer, United States Department of Justice, 1000 Louisiana Avenue, Suite 2300, Houston, Texas 77002, on September 25, 2025.

/s/ Samuel H. Shamansky
SAMUEL H. SHAMANSKY