UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

    v.                                             Case No. 2:19-cr-202

Thomas Romano,                   Judge Michael H. Watson

    Defendant.

## ORDER

Thomas Romano's ("Defendant") third motion for extension of time to self-surrender, ECF No. 223, is **DENIED**. The Court agreed to extend Defendant's self-report date until the Sixth Circuit ruled on his appeal, and the Sixth Circuit has now affirmed Defendant's convictions. ECF Nos. 220, 222. The Court declines to extend his self-surrender date while he appeals to the Supreme Court of the United States.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT